UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x   15-cv-01379 (GTS)(DJS)

NICHOLAS DELUCA,

                Plaintiff

        -against-

ACCOUNT DISCOVERY SYSTEMS, LLC, JUSTIN
MARSHALL, DAVE SEGAL and JH PORTFOLIO
DEBT EQUITIES, LLC.,

                Defendants
------------------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE COURT:

    IT IS HEREBY STIPULATED by the parties named in the above-entitled action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that no party named herein is an infant or an incompetent person, that the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, NICHOLAS DELUCA, with prejudice as to said Plaintiff and without costs or attorneys fees as to any party named herein.

DATED: March 11, 2016

| | |
|---|---|
| LIPPES MATHIAS WEXLER FRIEDMAN LLP | ROBERT L. ARLEO, ESQ. |
| /s *Brendan H. Little* | /s *Robert L. Arleo* |
| BRENDAN H. LITTLE, ESQ. | 380 Lexington Avenue |
| 50 Fountain Plaza | 17th Fl. |
| Suite 1700 | New York, New York  10168 |
| Buffalo, New York 14202 | Phone: (212) 551-1115 |
| Phone: (716) 853-5100 | robertarleo@gmail.com |
| blittle@lippes.com | |
| Attorneys for the Defendants | Attorney for the Plaintiff |

IT IS SO ORDERED:

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: March 14, 2016
        Syracuse, NY